UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROAN REAL ESTATE COMPANY INC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. C-07-356 |
| ALCOA INC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

The Court having reviewed the application for *Pro Hac Vice* status in the above referenced case, the Court approves such application subject to all applicable rules of the court and hereby GRANTS permission for Peter T. Stinson to enter an appearance on behalf of PPG Industries, Inc.

SIGNED this 29th day of November, 2007.

_____
Kenneth M. Hoyt
United States District Judge